IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br>JAVIER MENDOZA,               )<br>                              )<br>            Defendant.        )<br>                              ) | 4:09CR3008<br><br>MEMORANDUM AND ORDER |

   A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing no. 16.  The defendant was present with counsel, and was advised of his rights.  The defendant admitted the allegations in the petition.  I therefore find that the allegations of violation of the order of release are true.

   Regarding disposition, the government sought detention. Defendant requested a continuance for a dispositional hearing.  I find that detention is appropriate at this time.

   IT THEREFORE HEREBY IS ORDERED,

   The previous order of release, filing no. 11, is revoked, but I will consider a proposal for release once the defendant makes such a request.  The defendant shall be detained in the custody of the United States Marshal until further order.

   DATED April 14, 2009.

                                   BY THE COURT:

                                   s/ *David L. Piester*
                                   David L. Piester
                                   United States Magistrate Judge