IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3008 |
| | ) | |
| v. | ) | |
| | ) | |
| JAVIER MENDOZA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has proposed to be released to reside in a halfway house.  The proposal, however, does not address treatment or structure that the court advised would be required before consideration of a release plan.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing no. 24, is denied.

DATED this 20th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge