IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3008 |
| | ) | |
| v. | ) | |
| | ) | |
| JAVIER MENDOZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED,

Defendant's motion for screening, filing no. 29, is granted
and defendant may be screened via telephone for possible
acceptance for treatment.  Pretrial Services shall arrange for
the screening.

DATED this 6th day of May, 2009.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge