IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:09CR3008 |
| ) | |
| JAVIER MENDOZA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 61.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Motion to Review Detention and Request for Hearing restricted.

IT IS FURTHER ORDERED that said Motion and Order be made available to case participants only.

Dated August 10, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge