# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> JAVIER MENDOZA, ) </br> ) </br> Defendant. ) </br> ) | 4:09CR3008 </br></br> DETENTION ORDER </br></br> PETITION FOR </br> ACTION ON CONDITIONS </br> OF </br> SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

April 13, 2012                                BY THE COURT:

                                              *s/Cheryl R. Zwart*
                                              United States Magistrate Judge