IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO.  4:09CR3008 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JAVIER MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 100, presently set for July 12, 2012, at 12:00 p.m., until a date certain in approximately ninety (90) days.  The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that revocation hearing scheduled in this case shall be continued until the 2nd day of November, 2012, at 12:00 p.m. The defendant is ordered to appear at said time.

DATED this 11th day of July, 2012.

BY THE COURT:

*Richard G. Kopf*

The Honorable Richard G. Kopf
Senior United States District Judge