IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JAVIER MENDOZA,<br><br>　　　　　　　Defendant. | 4:09CR3008<br><br>DETENTION ORDER |

　　　　The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant will not pose a danger to the safety of any person or the community if released. The Court's findings are based on the evidence presented in court and contained in the court's records. Specifically, the court finds Defendant has repeatedly failed to comply with supervision, has failed to cooperate with MRT, has an ongoing drug problem, shows little respect for the orders of the court and his supervising officers, and expressed no interest in addressing his substance abuse problem (or providing a factually accurate description of the problem for treatment purposes) until he faced incarceration.

　　　　IT IS ORDERED:

　　　　1)　　The above-named defendant shall be detained until further order.

　　　　2)　　The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

March 14, 2017

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge